IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HEMP'S FIRST HEMP BANK AND DISTRIBUTION NETWORK, and DAVID CLANCY,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, CALIFORNIA, GREGORY MINOR, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>                                 / | No. C 15-05053 WHA<br><br>**SCHEDULING ORDER ON APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

      On November 4, plaintiffs commenced this action alleging violations of their civil rights arising out of an administrative order sanctioning them for dispensing marijuana without a permit pursuant to the municipal code of the City of Oakland. The administrative order requires plaintiffs to pay certain daily fees or to vacate the premises of their business.

      On November 16, plaintiffs filed an *ex parte* motion for a temporary restraining order and a preliminary injunction and the case was reassigned to the undersigned judge. A hearing on the application is hereby scheduled for **THURSDAY, NOVEMBER 19 AT 1:00 P.M.** in Courtroom 8 on the 19th floor of the federal courthouse, 450 Golden Gate Avenue, San Francisco.

The summons, complaint, application for a temporary restraining order, and all supporting declarations must be served on defendants by **TOMORROW, NOVEMBER 17 AT 4:00 P.M.** Defendants may submit an opposition to the application by **WEDNESDAY, NOVEMBER 18 AT 4:00 P.M.**

**IT IS SO ORDERED.**

Dated:   November 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE