**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    JOE HEMP'S FIRST HEMP BANK AND              No. C 15-05053 WHA
      DISTRIBUTION NETWORK, and
11    DAVID CLANCY,

12              Plaintiffs,

13      v.

14    CITY OF OAKLAND, CALIFORNIA,                **REQUEST FOR RESPONSE**
      GREGORY MINOR, and DOES 1 through
15    10, inclusive,

16              Defendants.

17    _____/

18          Defendants have filed a motion to dismiss (Dkt. No. 23). In lieu of a response, plaintiffs

19    have filed an amended complaint. By DECEMBER 31 AT NOON, defendants will please inform

20    the Court whether their pending motion to dismiss should be denied as moot, without prejudice

21    to a new motion drawn to the amended complaint, or whether they would prefer to continue

22    with the pending motion as if it was drawn to the amended complaint.

23

24

25    Dated:    December 29, 2015.

26                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
27

28