IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HEMP'S FIRST HEMP BANK AND DISTRIBUTION NETWORK, and DAVID CLANCY,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, CALIFORNIA, GREGORY MINOR, and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. C 15-05053 WHA<br><br>**ORDER RE REQUEST FOR EXTENSION** |

Plaintiffs have requested, with the consent of the defendants, an extension to the deadline to respond to defendants' motion to dismiss in the event that defendants elect to apply the pending motion to plaintiffs' amended complaint. The proposed briefing schedule is hereby **APPROVED**. Plaintiffs' response will be due on **JANUARY 12TH**, and defendants' reply will be due on **JANUARY 19TH**.

Dated:   December 30, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE