IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HEMP'S FIRST HEMP BANK AND DISTRIBUTION NETWORK and DAVID CLANCY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, GREGORY MINOR, and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____ / | No. C 15-05053 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion to dismiss.

Dated: January 26, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE