# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 1/28/16 | **Time:** 50 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:15-cv-05053-WHA | **Case Name:** Joe Hemp's First Hemp Bank and Distribution N v. City Of Oakland | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Debra Pas | |

**Attorney for Plaintiff:** Quynh Chen

**Attorney for Defendant:** Jamilah Jefferson

# PROCEEDINGS

Motion to Dismiss - Taken Under Submission

CMC - Not Held

**PRETRIAL SCHEDULE:**

**By noon on 2/1/16, plaintiff shall file a response regarding the 5th Amendment issue. Defendant can file a reply by noon on 2/2/16.**

**Notes:**