IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HEMP'S FIRST HEMP BANK AND DISTRIBUTION NETWORK and DAVID CLANCY,<br><br>             Plaintiffs,<br><br>   v.<br><br>CITY OF OAKLAND, GREGORY MINOR, and DOES 1 through 10, inclusive,<br><br>             Defendants. | No. C 15-05053 WHA<br><br><br><br><br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing the action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants, City of Oakland and Gregory Minor, and against plaintiffs, Joe Hemp's First Hemp Bank and Distribution Network and David Clancy. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  February 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE